# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| DWAYNE WILLIAMS and KARLA VARGAS, <br><br> Plaintiff, <br><br> v. <br><br> ABC LLC d/b/a KIDS EMPIRE and HAIM ELBAZ, <br><br> Defendants. | No: 2:22-cv-05327-EP-JSA <br><br><br> **Order** |

**THIS MATTER**, having been opened to the Court by Plaintiff, and upon notice to Defendants, and for good cause having been shown:

**IT IS** on this _____ day of _____, 2022, **ORDERED** that:

1. Plaintiff's motion to remand is **GRANTED**. This matter shall be remanded back to the Superior Court of New Jersey.

_____
**Hon. Evelyn Padin, U.S.D.J.**