# EXHIBIT A

Voucher #: 000641 Sort Order: 14

Karla J Vargas                    KIDS EMPIRE WATCHUNG LLC - 1515 US-22, SUITE 22 - WATCHUNG, NJ 07069 -

| | | | |
|---|---|---|---|
| **SSN#** XXX-XX-8108 | **Period Start Date** 01-24-2022 | **Check Date** 02-11-2022 | **Federal Filing Status** SS/Single |
| **EMP#** F58059 | **Period End Date** 02-06-2022 | **Check Number** 007800491 | **State Filing Status** S/NONE |

| Earnings - Current | | | | | Deductions / Taxes | | |
|---|---|---|---|---|---|---|---|
| **Date** | **Pay Description** | **Pay Rate** | **Hrs/Units** **Pay Amount** | | **Description** | **Amount** | **YTD** |
| 02-06-2022 | REGULAR PAY | 14.0000 | 50.09  701.26 | | FEDERAL TAX | 20.32 | 54.93 |
| | | | | | MEDICARE | 10.17 | 24.71 |
| | | | | | SOC SECURITY | 43.47 | 105.64 |
| | | | | | NJ INCOME TAX | 10.52 | 25.94 |
| | | | | | NJ DISABILITY E | 0.98 | 2.38 |
| | | | | | NJ UI/HC/WD | 2.98 | 7.24 |
| | | | | | NJ FAMILY LEAVE | 0.99 | 2.39 |
| **TOTAL** | | | **50.09  701.26** | | | | |

| Earnings - Year To Date | | Net Pay Distribution | |
|---|---|---|---|
| **Description** | **YTD** | **Type** | **Amount** |
| REGULAR PAY | 1703.94 | CHECK | $0.00 |
| | | DIRECT DEPOSIT | $611.83 |
| | | TOTAL NET PAY | $611.83 |
| | | TOTAL NET PAY YTD | $1,480.71 |
| TOTAL | $1,703.94 | TOTAL | 89.43   223.23 |

| Paid Time Off | | | | Direct Deposit Detail | | | Employer Contributions | | |
|---|---|---|---|---|---|---|---|---|---|
| **Description** | **Accrued** | **Used** | **Balance** | **Account** | **Type** | **Amount** | **Description** | **Amount** | **YTD** |
| | | | | 13099 | CHECKING | 611.83 | | | |
| | | | | TOTAL DEPOSITED | | $611.83 | TOTAL | 0.00 | 0.00 |

KIDS EMPIRE WATCHUNG LLC

Avitus, Inc.
2600 W. GERONIMO PLACE, SUITE 100
CHANDLER, AZ 85224

Check No. 007800491
Pay Date 02-11-2022

**Pay**   Non-negotiable                                                                                  $0.00

**To The   Karla J Vargas**
**Order   50 Norwood Ave**
**Of   Plainfield, NJ 07060-1324**

*** Non-Negotiable ***

KIDS EMPIRE WATCHUNG LLC

Avitus, Inc.
2600 W. GERONIMO PLACE, SUITE 100
CHANDLER, AZ 85224

1
3

**13531**
**Karla J Vargas**
**50 Norwood Ave**
**Plainfield, NJ 07060-1324**