# EXHIBIT B

Voucher #: 000647 Sort Order: 15

Dwayne Williams                KIDS EMPIRE WATCHUNG LLC - 1515 US-22, SUITE 22 - WATCHUNG, NJ 07069 -

**SSN#** XXX-XX-5302   **Period Start Date** 01-24-2022   **Check Date** 02-11-2022   **Federal Filing Status** NONE/NONE
**EMP#** K36554         **Period End Date** 02-06-2022    **Check Number** 007800492   **State Filing Status** S/NONE

### Earnings - Current

| Date | Pay Description | Pay Rate | Hrs/Units | Pay Amount |
|---|---|---|---|---|
| 02-06-2022 | REGULAR PAY | 15.0000 | 50.25 | 753.75 |
| TOTAL | | | 50.25 | 753.75 |

### Deductions / Taxes

| Description | Amount | YTD |
|---|---|---|
| ZAYZOON | 0.00 | 69.00 |
| MEDICARE | 10.93 | 31.52 |
| SOC SECURITY | 46.74 | 134.78 |
| NJ DISABILITY E | 1.06 | 3.05 |
| NJ UI/HC/WD | 3.20 | 9.23 |
| NJ FAMILY LEAVE | 1.05 | 3.04 |
| TOTAL | 62.98 | 250.62 |

### Earnings - Year To Date

| Description | YTD |
|---|---|
| REGULAR PAY | 2173.80 |
| TOTAL | $2,173.80 |

### Net Pay Distribution

| Type | Amount |
|---|---|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $690.77 |
| TOTAL NET PAY | $690.77 |
| TOTAL NET PAY YTD | $1,923.18 |

### Paid Time Off

| Description | Accrued | Used | Balance |
|---|---|---|---|

### Direct Deposit Detail

| Account | Type | Amount |
|---|---|---|
| 10244 | CHECKING | 0.00 |
| 45104 | CHECKING | 70.00 |
| 59798 | CHECKING | 620.77 |
| TOTAL DEPOSITED | | $690.77 |

### Employer Contributions

| Description | Amount | YTD |
|---|---|---|
| TOTAL | 0.00 | 0.00 |

KIDS EMPIRE WATCHUNG LLC                                           Check No. 007800492
                                                                   Pay Date 02-11-2022
Avitus, Inc.
2600 W. GERONIMO PLACE, SUITE 100
CHANDLER, AZ 85224

**Pay** Non-negotiable                                                        $0.00

**To The** Dwayne Williams
**Order** 321 Johnston Ave                       *** Non-Negotiable ***
**Of** PLAINFIELD, NJ 07062

KIDS EMPIRE WATCHUNG LLC

Avitus, Inc.
2600 W. GERONIMO PLACE, SUITE 100
CHANDLER, AZ 85224

1
3

13531
Dwayne Williams
321 Johnston Ave
PLAINFIELD, NJ 07062